IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANITA BUMPASS                                                                          PLAINTIFF

v.                            Case No. 5:16-cv-00106 KGB

VERIZON WIRELESS                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter, the Court grants defendant Verizon Wireless' motion for summary judgment as to plaintiff Anita Bumpass' federal claims, dismissing with prejudice those claims, and declines to exercise supplemental jurisdiction over her state law claims, dismissing without prejudice those claims. The relief sought is denied.

So adjudged this 27th day of September, 2019.

*[signature]*
Kristine G. Baker
United States District Judge